# Young v. The State.

APPEAL from Montgomery City Court.

Tried before the Hon. A. D. SAYRE.

JOE. CALLOWAY, for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for burglary. The judgment of conviction is affirmed.

Opinion PER CURIAM.

---

# McDade v. The State.

APPEAL from Montgomery City Court.

Tried before the Hon. JOHN G. WINTER.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for State.

The appellant was indicted, tried and convicted for transporting or moving cotton in the seed after sun down and before sun rise. Judgment affirmed.

Opinion by HARALSON, J.